04-15-00302-CV

ACCEPTED
04-15-00302-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/14/2015 4:39:59 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 13-10-00414CVF

| | | |
|---|---|---|
| ROBERT TOBIAS, <br>      PLAINTIFF | § <br> § <br> § | IN THE DISTRICT COURT |
| VS. | § <br> § | |
| CITY OF PEARSALL, A. ALVAREZ, D. <br> RODRIGUEZ, C. CARROSCO, M. ARIZA, <br> A. NIETO, A. HERNANDEZ, O. <br> VILLARREAL, R. ALVAREZ, C. <br> VALADEZ, H. LOZANO <br> DEFENDANTS | § <br> § <br> § <br> § <br> § <br> § | 218TH JUDICIAL DISTRICT <br><br><br><br> FRIO COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/14/2015 4:39:59 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant, City of Pearsall, gives notice of its desire to appeal the trial court's judgment entitled "Final Judgment" signed on April 15, 2015. This Order is attached to this Notice. This appeal is taken to the Fourth Court of Appeals for the State of Texas, sitting in San Antonio, Texas.

Respectfully submitted,

LAW OFFICES OF ALBERT LÓPEZ
14310 Northbrook Dr., Suite 200
San Antonio, Texas 78232
Telephone: (210) 404-1983
Fax: (210) 404-1990

By: _____
ALBERT LÓPEZ
State Bar No. 12562350
alopezoffice@gmail.com
ATTORNEYS FOR DEFENDANT
CITY OF PEARSALL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by electronic service upon to Reid E. Meyers, Attorney at Law, 11118 Wurzbach Rd., San Antonio, TX 78230 on May 13, 2015.

Albert López

| ROBERT TOBIAS,<br>PLAINTIFF | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | |
| VS. | § | 218TH JUDICIAL DISTRICT |
| | § | |
| CITY OF PEARSALL, ET AL.<br>DEFENDANTS | § | |
| | § | FRIO COUNTY, TEXAS |

## FINAL JUDGMENT

On April 7, 2015, the Court heard Plaintiff's Motion for Hearing to Clarify Order Granting Declaratory Judgment, the Plaintiff's motion to nonsuit the individual Defendants, and Defendant's Plea to the Jurisdiction and Motion to Dismiss Breach of Contract Claim. The Parties appeared by and through their respective attorneys. It is ORDERED that Plaintiff's Motion to Clarify Order Granting Declaratory Judgment is DENIED. The Plaintiff's motion to nonsuit the individual Defendants is GRANTED. It is further ORDERED that all claims and causes of action against the individual Defendants, A. Alvarez, D. Rodriguez, C. Carrosco, M. Ariza, A. Nieto, A. Hernandez, Odilia Villarreal, R. Alvarez, C. Valadez, and H. Lozano are dismissed. The Court finds that the Court's order dated December 2, 2014, renders Defendant's Plea to the Jurisdiction and Motion to Dismiss Breach of Contract Claim moot. Nothing in this order modifies the Court's order dated December 2, 2014.

All relief not expressly granted is DENIED.

Signed this _15_ day of _April_, 2015.

_____
PRESIDING JUDGE

Approved as to form:

_____
Reid E. Meyers
Attorney for Plaintiff

_____
Albert López
Attorney for Defendants.